# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ADAM HERMOSILLO,  <br>  Plaintiff,  <br>  v.  <br> COMMISSIONER OF SOCIAL SECURITY,  <br>  Defendant. | Case No.: 1:19-cv-0066 - JLT  <br><br> ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED JULY 29, 2019  <br><br> (Doc. 11) |

The Court ordered the Commissioner of Social Security to show cause why sanctions should not be imposed for failure to comply with the Court's order. (Doc. 11) In the alternative, the Commissioner was ordered to file proof of service of the response to Plaintiff's confidential letter brief. (*Id.* at 2) The same date, the Commissioner filed a response to the Court's order and served the responsive brief upon Plaintiff. (Docs. 12, 13)

Based upon the information provided and the Commissioner's compliance with the order to serve a responsive brief, the Court **ORDERS** that the Order Show Cause dated July 29, 2019 (Doc. 11) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: **July 31, 2019**          /s/ Jennifer L. Thurston
                               UNITED STATES MAGISTRATE JUDGE