# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ADAM HERMOSILLO, | ) Case No.: 1:19-cv-0066 - JLT |
| Plaintiff, | ) ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME |
| v. | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) (Doc. 16) |
| Defendant. | ) |

On September 24, 2019, the Commissioner filed a stipulation of the parties extending the time for the Commissioner to respond to Plaintiff's opening brief by thirty days. (Doc. 16) Notably, the Scheduling Order allows for a single extension of thirty days by the stipulation (Doc. 5 at 3), and this is the first extension requested by either party. Thus the requested extension is appropriate. Based upon the stipulation of the parties, the Court **ORDERS:**

1. The request for an extension of time (Doc. 16) is **GRANTED**; and
2. Defendant **SHALL** file a response to the opening brief no later than **October 24, 2019**.

IT IS SO ORDERED.

Dated: **September 24, 2019**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1