# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ADAM HERMOSILLO, | Case No.: 1:19-cv-0066 - JLT |
| Plaintiff, | ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | (Doc. 22) |
| Defendant. | |

Christopher Adam Hermosillo and Andrew Saul, Commissioner of Social Security, stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 22) Subject to the terms of the stipulation, the Court **ORDERS** fees in the total amount of $5,600.00 are **AWARDED** to Christopher Adam Hermosillo.

IT IS SO ORDERED.

Dated: **April 14, 2020**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE